**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hernan GOMEZ–GUTIERREZ,**
**Defendant–Appellant.**

No. 14–30150.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2015.*

Filed Oct. 21, 2015.

Christopher S. Atwood, Special Assistant U.S., Anthony G. Hall, Esquire, Assis-

tant U.S., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Jeffrey Heineman, Heineman Law Office, Boise, ID, for Defendant–Appellant.

Before: SILVERMAN, BERZON, and WATFORD, Circuit Judges.

MEMORANDUM **

Hernan Gomez–Gutierrez appeals from the district court's judgment and challenges the 180–month sentence imposed following his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gomez–Gutierrez argues for the first time on appeal that the government breached the plea agreement by implicitly arguing for a sentence greater than the one it had agreed to recommend. We review for plain error, *United States v. Gonzalez–Aguilar,* 718 F.3d 1185, 1187 (9th Cir.2013), and find none. Even assuming that the government's isolated and brief comments breached the plea agreement, Gomez–Gutierrez has not shown that there is a reasonable probability that he would have received a shorter sentence

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

absent the government's alleged breach. *See id.* at 1187–90.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.